VINOD NICHANI|SBN 277607
NICHANI LAW FIRM
111 North Market Street, Suite 300
San Jose, California 95113
Phone: 408-800-6174
Fax: 408-290-9802
Email: vinod@nichanilawfirm.com

Attorney for Debtor
CRADAR.ai LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>CRADAR.ai LLC aka CRADAR AI LLC fka Whisper Phase, LLC,<br><br>Debtor. | Case No.: 23-51283<br><br>Chapter 7 |

**APPLICATION TO APPROVE DESIGNATION OF**
**RESPONSIBLE INDIVIDUAL PURSUANT TO B.L.R. 4002-1**

The Application of the above-named Debtor (hereinafter referred to as "Applicant"), respectfully represents:

1. On October 31, 2023, Applicant filed its Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2. Applicant wishes to appoint Eran Dor, CEO of the Applicant, whose address is 587 Templeton Drive, Sunnyvale, CA 94087, and telephone number (408) 477-4035 as the natural person who shall be responsible for the duties and obligations of the

Debtor herein, pursuant to B.L.R. 4002-1 of the Local Bankruptcy Rules for the Northern District of California.

WHEREFORE, Applicant prays that this Court enter its Order appointing Eran Dor as the natural person responsible for the duties and obligations of the Debtor herein.

Dated: November 2, 2023

                                                                   */s/ Eran Dor*
Eran Dor, CEO
CRADAR.ai LLC

NICHANI LAW FIRM
111 N. Market Street, Suite 300
San Jose, California 95113