Form FIND

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | CRadar.ai LLC<br>aka CRADAR AI LLC<br>fka Whisper Phase, LLC<br>Debtor(s) | Case No.: 23−51283 SLJ 7<br>Chapter: 7 |
|---|---|---|

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Fred Hjelmeset is discharged as trustee of the estate of the above−named debtor and the bond is canceled.

☑ the chapter 7 case of the above−named debtor is closed;

and

☐ Other

Dated: <u>12/14/23</u>

By the Court:

Stephen L. Johnson
United States Bankruptcy Judge