# Notice Recipients

**Recipients of Notice of Electronic Filing:**

| | | | |
|---|---|---|---|
| ust | Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov | |
| tr | Fred Hjelmeset | fhtrustee@gmail.com | |
| aty | Vinod Nichani | vinod@nichanilawfirm.com | |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | CRadar.ai LLC | 587 Templeton Drive | Sunnyvale, CA 94087 |

TOTAL: 1