# United States Bankruptcy Court
## Northern District of California

In re: **CRadar.ai LLC**, Debtor(s)

Case No. **23-51283**
Chapter **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule A/B**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

**Chris Boas**

**Eran Dor**

**Franchise Tax Board**

**GCA Law Partners LLP**

**Internal Revenue Service**

**Lindenpartners**

**Marc and Cristina Bensadoun, Trustees**

**myStartUpCFO LLC**

**Paul Neibergs**

**Raghavan Technical Writing**

**Tal Lavian**

**Yekutiel Josefsberg**

Date: **December 31, 2025**

/s/ Vinod Nichani
**Vinod Nichani**
Attorney for Debtor(s)
**Nichani Law Firm**
**1960 the Alameda, Suite 100**
**San Jose, CA 95126**
**4088006174 Fax:4082909802**
**vinod@nichanilawfirm.com**